IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                  No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

**ORDER SETTING IN-PERSON MOTION HEARING**

**Date and time**:    October 23, 2015, at 10:30 a.m.

**Matter to be heard**:  Plaintiff's Motion for Production of Putative Class Member Information [Doc. 7]

**IT IS ORDERED** that an in-person hearing on Plaintiff's Motion for Production of Putative Class Member Information [Doc. 7] is set for **October 23, 2015, at 10:30 a.m.** in the Rio Grande Courtroom, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard NW, Albuquerque, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**