IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                              No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER SETTING IN-PERSON MOTION HEARING

**Date and time**:    November 16, 2015, at 12:00 p.m.

**Matter to be heard**: Plaintiff's Amended Emergency Motion and Request for Expedited Hearing to Order Defendant to Cease from Improper Settlement Negotiations with Identified and Putative Class Members [Doc. 30]

    **IT IS ORDERED** that an in-person hearing on Plaintiff's Amended Emergency Motion [Doc. 30] is set for **November 16, 2015, at 12:00 p.m.** in the Rio Grande Courtroom, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

    **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**