IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                                                 No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Amended Emergency Motion and Request for Expedited Hearing to Order Defendant to Cease from Improper Settlement Negotiations with Identified and Putative Class Members [Doc. 30], filed on November 13, 2015. Defendant responded on November 16, 2015. [Doc. 32]. The Court heard oral argument on November 16, 2015. For the reasons stated on the record at the hearing, the Motion is **GRANTED in part**.

For the purpose of determining the scope of permissible communications with Mr. Sonny Reyes and any and all persons identified on the "Agreement to Join Class Action" forms, [Doc. 4-1] at 1–3 and [Doc. 25-1] at 1–5, Defendant and its counsel must consider such persons as "opt-in" Plaintiffs. Accordingly, any and all communication with the named Plaintiff or opt-in Plaintiffs regarding severance packages, releases of claims, or other matters directly related to the claims raised in this lawsuit must be communicated through Plaintiff's counsel. Upon receipt of any such communications, Plaintiff's counsel must provide timely, written confirmation that he has presented the communications to the intended person(s).

    IT IS SO ORDERED.

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**