# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**WILLIAM EAGLE,**

    Plaintiff,

v.                           No. 15-cv-0577 MV/SMV

**FREEPORT-MCMORAN, INC.,**

    Defendant.

## ORDER SETTING IN-PERSON MOTION HEARING

**Date and time**:     December 30, 2015, at 1:30 p.m.

**Matter to be heard**: Plaintiff's Request for Expedited Status Conference and Hearing [Doc. 40]

**IT IS ORDERED** that an in-person hearing on Plaintiff's concerns regarding Defendant's settlement offers, [Doc. 40] at 2–4, is set for **December 30, 2015, at 1:30 p.m.** in the Doña Ana Courtroom on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

**IT IS FURTHER ORDERED** that if Defendant wishes to respond prior to the hearing, such response is due by **December 23, 2015**. Plaintiff's reply, if any, is due by **December 28, 2015**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**