IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                                              No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER SETTING MOTION HEARING

**Location:**         Doña Ana Courtroom
                     United States Courthouse
                     100 N. Church Street
                     Las Cruces, New Mexico

**Date and time:**    Wednesday, February 17, 2016, at 9:00 a.m.

**Matter to be heard:**   Plaintiff's pending motions [Docs. 40, 47, 50].

     **IT IS ORDERED** that an in-person hearing on Plaintiff's pending motions [Docs. 40, 47, 50] is set for Wednesday, February 17, 2016, at 9:00 a.m. in the Doña Ana Courtroom in the United States Courthouse at 100 N. Church Street Las Cruces, New Mexico.  Plaintiff must file a list of anticipated exhibits and witnesses, along with a summary of the content of each exhibit and witness's testimony no later than February 8, 2016.  If Defendant anticipates calling any witnesses or presenting any exhibits, it should do the same by February 12, 2016.

     **IT IS SO ORDERED.**

                                                                                 _____
                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**