IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                                        No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR A HEARING AND SETTING A TELEPHONIC STATUS CONFERENCE

**Date and time**:    February 9, 2016, at 1:30 p.m.

**Matter to be heard**:  Defendant's Request for Expedited Status Conference [Doc. 55]

    A telephonic status conference is hereby set for **February 9, 2016, at 1:30 p.m.** on Defendant's Request for Expedited Status Conference. [Doc. 55]. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.