IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE,

    Plaintiff,

v.                                                   No. 15-cv-0577 MV/SMV

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER VACATING AND RESETTING MOTIONS HEARING

**Location:**   Organ Courtroom
United States Courthouse
100 N. Church Street
Las Cruces, New Mexico

**Date and time**:   March 10, 2016, at 1:30 p.m.

**Matter to be heard**:   Plaintiff's pending motions [Docs. 40, 47, 50]

Pursuant to Plaintiff's counsel's request, the in-person hearing set on Plaintiff's pending motions [Docs. 40, 47, 50] for February 17, 2016, is hereby VACATED and RESET for **March 10, 2016, at 1:30 p.m.** No later than **February 26, 2016**, Plaintiff shall file a brief outlining the issues to be presented, the relief sought, and supporting authority. Defendant shall respond no later than **March 8, 2016.**

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**