IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM EAGLE, individually and
on behalf of all similarly situated
persons,

        Plaintiff/Appellant,

v.                                  Cause No. 1:15-cv-00577 MV/GJF

FREEPORT-McMORAN, INC. f/k/a,
FREEPORT-McMORAN COPPER &
GOLD, INC., a Delaware Corporation,

        Defendant/Appellees.

## NOTICE OF APPEAL

Plaintiff William Eagle, Individually and on behalf of all similarly situated persons, by and through his counsel of record, the Law Offices of James P. Lyle, P.C. (James P. Lyle), hereby gives notice that hereby appeals from the Judgment entered September 26, 2018, (Document No. 114), to the United States Court of Appeal for the Tenth Circuit. Appellees are all named Defendants herein. A copy of the Judgment is attached, along with a copy of this Court's Docket Entry of November 1, 2018, extending the time for filing the Appeal for thirty (30) days.

        Respectfully submitted,

        LAW OFFICES OF JAMES P. LYLE, P.C.
        "Electronically Signed"

        /s/   James P. Lyle, Attorney
        James P. Lyle
        Attorney for Plaintiff William Eagle
        1116 Second Street N.W.
        Albuquerque, NM 87102
        (505) 843-8000 - Telephone
        (505) 843-8043  - Facsimile

I hereby certify that a true copy of the foregoing pleading was served upon all counsel of record via CM/ECF filing of this pleading with the United State District Court For the District Of New Mexico this 30th day of November, 2018.

/s/   James P. Lyle, Attorney
James P. Lyle