# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

January 28, 2019

Chris Wolpert  
Chief Deputy Clerk

Mr. Mitchell R. Elfers  
United States District Court for the District of New Mexico  
Office of the Clerk  
100 North Church Street, Suite 280  
Las Cruces, NM 88001

Mr. James P. Lyle  
Law Offices of James P. Lyle, P.C.  
1116 2nd Street, N.W.  
Albuquerque, NM 87102

Ms. Elizabeth A. Martinez  
Ms. Megan Muirhead  
Modrall Sperling  
500 Fourth Street, NW, Suite 1000  
Albuquerque, NM 87102

**RE:**     **18-2178, Eagle v. Freeport-McMoran**
Dist/Ag docket: 2:15-CV-00577-MV-GJF

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/lg